UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVO ALPHA PROPERTIES LLC, et al., | Case No. 1:25-cv-00771-EPG |
| Plaintiffs, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |
| v. | (ECF No. 13) |
| SUNRISE MEDICAL (US) LLC, et al., | |
| Defendants. | |

On January 20, 2026, Plaintiff filed a notice voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 13).

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismisses this action with prejudice, each side to bear its own attorneys' fees and costs.

Pursuant to the terms of the Settlement Agreement attached hereto as Exhibit 1 (excluding the payment details included in the Settlement Agreement Exhibit A), the Parties agree that the terms of the Settlement Agreement are incorporated into the Order of Dismissal and that the United States District Court for the Eastern District of California, retains jurisdiction to enforce the terms of the Settlement Agreement.

(*Id.* at 2).

The Court notes that the settlement agreement is attached to the notice of voluntary dismissal. (ECF No. 13-1).

In light of the notice of voluntary dismissal, this action has been dismissed with prejudice and the Court retains jurisdiction to enforce the terms of the settlement agreement.

1

*Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to assign a District Judge to this case, terminate all pending deadlines and proceedings, and then close the case.

IT IS SO ORDERED.

Dated:    **January 21, 2026**                   /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2